FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 2 4 2015

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CAROL J. CHILCOAT,

    PLAINTIFF,

VS.                                         NO. 4:15 CV461-SWW

DOLLAR TREE STORES, INC.,

    DEFENDANT.

## NOTICE OF REMOVAL

Defendant Dollar Tree Stores, Inc. states the following toward removal of this cause of action from the Pope County Circuit Court of Arkansas pursuant to 28 U.S.C. §1441, et seq., and 28 U.S.C. §1332, et seq.:

1.    On June 24, 2015, the above captioned Plaintiff commenced a civil action against Defendant Dollar Tree Stores, Inc. in the Circuit Court of Pope County, Civil Division. The style of the state court case is *Carol J. Chilcoat v. Dollar Tree Stores, Inc.,* Docket Number 58CV-15-203.

2.    Defendant Dollar Tree Stores, Inc. received service of copies of the Summons and Complaint in this action on June 29, 2015. The Complaint is entitled "Amended Petition for Personal Injury".

3.    The pleading and process referred to in the preceding paragraph constitutes the only process, pleadings, orders, or other filings in the Pope County Circuit Court action at this time.

This case assigned to District Judge Wright
and to Magistrate Judge Volpe

4.      The jurisdiction and venue for the filing of the original Complaint (the Circuit Court of Pope County, Arkansas) were proper because of the location of the accident which is the subject of the Complaint.

5.      According to the original Complaint, Plaintiff, Carol J. Chilcoat, is a resident of the State of Arkansas.  Defendant Dollar Tree Stores, Inc. is a corporation formed under the laws of the State of Virginia; diversity amongst the parties is complete.

6.      The amount in controversy is $200,000.00, therefore is in excess of the federal jurisdiction limits as expressed in the Prayer for Relief on Page one of the Complaint.

7.      This Court has removal jurisdiction under 28 U.S.C. §1441(a).

8.      This Notice of Removal is filed within thirty (30) days of the service of the Complaint and Summons upon Dollar Tree Stores, Inc.  The action is therefore properly removable pursuant to 28 U.S.C. §1446.

9.      Defendant Dollar Tree Stores, Inc. has this date given written notice of the filing of this Notice to Plaintiff as required by 28 U.S.C. §1446(d) to the Circuit Clerk of Pope County, Arkansas, as required by 28 U.S.C. §1446(d).

10.     If any questions arise as to the propriety of the removal of this action, Defendant requests the opportunity to present a brief and, if it pleases the Court, oral argument in support of its position that this action is removable.  Accordingly, Defendant requests the opportunity to obtain discovery prior to any briefing on the issue of removal if the Court sees fit to do so.

2

As averred, Defendant Dollar Tree Stores, Inc. requests that this action proceed in this Court based on this removal, that the Court assume jurisdiction of this case through resolution, and for such other further relief as authorized by law.

Respectfully submitted,

MCNABB, BRAGORGOS & BURGESS, PLLC

By: _Pamela Warner Blair_

LELAND M. McNABB TN #07551
PAMELA WARNOCK BLAIR AR #2014121, TN#10407
Attorneys for Defendant Dollar Tree Stores, Inc.
81 Monroe Avenue, 6th Floor
Memphis, TN  38103
Telephone: (901) 624-0640
Fax:  (901) 624-0650
pblair@mbb-law.com
lmcnabb@mbb-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of July, 2015, I sent notice to counsel for the Plaintiff by U.S. Mail as follows:

Carol E. Collins
2801 West Main Street
Russellville, AR  72801
479-969-4853 Phone
479-968-4852 Fax

_Pamela Warner Blair_

PAMELA WARNOCK BLAIR

3

IN THE CIRCUIT COURT OF POPE COUNTY, ARKANSAS

CAROL J. CHILCOAT                                                          PLAINTIFF

VS.                                    CASE NO – 58CV-15-203

DOLLAR TREE STORES, INC                                        DEFENDANT

## AMENDED PETITION FOR PERSONAL INJURY

The Plaintiff for her cause of action against the Defendant states:

1.    Plaintiff is a citizen and resident of Russellville, Pope County, Arkansas.

2.    On April 25, 2013, Plaintiff, Carol J. Chilcoat, entered The Dollar Tree at 3051 E. Main St., Russellville, AR 72802 and turned to the left. She came around a corner and the end of an aisle. A plastic bread tray was in the floor. It was left part of the way in the aisle. Ms. Chilcoat's shoe caught on the tray and she twisted her ankle and fell, causing one of the spikes to be driven into the outside of her left leg.

3.    The Defendant, Dollar Tree Stores, Inc., were guilty of negligence which was the proximate cause of the above described accident.

4.    These acts of negligence on the part of the defendant were the proximate cause of the injuries and damages sustained by the Plaintiff as more specifically described herein.

5.    As a proximate result of the negligence of the Defendant, Dollar Tree Stores, Inc., the Plaintiff, Carol J. Chilcoat, sustained a punctured left leg deep into muscle just below the knee along with major infection to same, blood bone bruise of the left arm, scaring pain and suffering.

7.    As a proximate result of the negligence of the Defendant, Dollar Tree Stores, Inc., the Plaintiff, Carol J. Chilcoat, sustained permanent scarring of her left leg, injury resulting in surgery and medical costs. As a result of the injury to her left leg, the Plaintiff, Carol J. Chilcoat, sustained a loss of earnings and earning capacity, has undergone excruciating pain and suffering in the past and will continue to undergo such pain and suffering in the future, has incurred medical expenses in the past and will continue such expenses in the future.

WHEREFORE, the Plaintiff, Carol J. Chilcoat, individually, requests entry of judgment against the Defendant, Dollar Tree Stores, Inc., in the sum of $ 200,000.00 and the Plaintiff, Carol J. Chilcoat requests entry of judgment against the Defendant in the sum of $ 200,000.00. Plaintiff should also be awarded costs and all other proper relief.

Sincerely,

Carol E. Collins
Attorney at Law
2802 West Main St.
Russellville, AR 72801
479-968-4853 Phone
479-968-4852 Fax

JUN 2 9 2015