**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

36,5865

**CAROL J. CHILCOAT,**

    **PLAINTIFF,**

**VS.**                                **NO.** 4:15-cv-461-SWW

**DOLLAR TREE STORES, INC.,**

    **DEFENDANT.**

**STIPULATION OF DISMISSAL**

Plaintiff Carol J. Chilcoat, by her attorney, Carol E. Collins, and Defendant, Dollar Tree Stores, Inc., by its attorneys, McNabb, Bragorgos & Burgess, jointly represent to the Court that the above matter has been resolved to the satisfaction of the parties and the Court may enter an Order of Dismissal with prejudice.

Respectfully submitted,

**MCNABB, BRAGORGOS & BURGESS, PLLC**

/s/ *Pam Warnock Blair*
PAMELA WARNOCK BLAIR AR #2014121, TN#10407
Attorneys for Defendant Dollar Tree Stores, Inc.
81 Monroe Avenue, 6th Floor
Memphis, TN  38103
Telephone: (901) 624-0640
Fax:  (901) 624-0650
pblair@mbb-law.com

/s/ Carol E. Collins
CAROL E. COLLINS
2801 West Main Street
Russellville, AR  72801
Telephone:  (479) 969-4853
Fax:  (479) 968-4852
cecattorney@hotmail.com